# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TARZ MITCHELL,

    *Plaintiff*,

vs.

GREG COX, *et al.*

    *Defendants*.

2:12-cv-00499-MMD-NJK

ORDER

The Court having been advised that the case has not been resolved during the stay, this removed prisoner civil rights action shall proceed forward.

IT THEREFORE IS ORDERED THAT:

1. Plaintiff's motion (#48) to set forth a scheduling order is GRANTED to the extent consistent with the remaining provisions herein.

2. The stay previously entered herein is LIFTED and, within **twenty-one (21)** days of entry of this order, the Attorney General's Office shall file a notice advising the Court and plaintiff of: (a) the names of the defendant(s) for whom it accepts service; (b) the names of the defendant(s) for whom it does **not** accept service, **and** (c) the names of the defendant(s) for whom it is filing last-known-address information under seal.  As to any of the named defendant(s) for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, the last known address(es) of those defendant(s) for whom it has such information.

3. If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and

specifying a full name for the defendant(s).  For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name **and** address for the defendant(s).

      4.     If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the remaining claims within **sixty (60) days** from the date of this order.

DATED: June 10, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge