**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TARZ MITCHELL,                          )
                                        )     Case No. 2:12-cv-0499-RFB-NJK
                   Plaintiff(s),        )
                                        )     ORDER GRANTING IN PART AND
vs.                                     )     DENYING IN PART MOTION TO
                                        )     EXTEND
GREG COX, et al.,                       )
                                        )     (Docket No. 56)
                                        )
                   Defendant(s).        )
_____)

     Pending before the Court is a motion to extend the deadline to file an answer or other response to the Amended Complaint. *See* Docket No. 56. The motion seeks a 45-day extension, but has not shown good cause for an extension of that length. The Court instead grants Defendants a 14-day extension, up to and including August 25, 2014. Accordingly, the motion to extend is hereby GRANTED in part and DENIED in part.

     IT IS SO ORDERED.

     DATED: August 12, 2014

                                  _____
                                  NANCY J. KOPPE
                                  United States Magistrate Judge