UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARZ MITCHELL,<br><br>    Plaintiff(s),<br><br>vs.<br><br>GREG COX, et al.,<br><br>    Defendant(s). | Case No. 2:12-cv-00499-RFB-NJK<br><br>ORDER SETTING STATUS CONFERENCE |

Previously in this case, Plaintiff filed two motions to compel. Defendants responded that, *inter alia*, the dispute had been resolved. *See* Docket No. 71 at 2-3 (noting, *inter alia*, that Defendants' counsel "has already mailed the Plaintiff amended responses to timely discovery and is finishing up the untimely served discovery and will serve it on or by January 13, 2015"). Per the representations of counsel, the Court ordered Defendants "to serve responses to the disputed discovery no later than January 13, 2015" and otherwise denied Plaintiff's motion as moot. *See* Docket No. 72.

The Court has now received another filing by Plaintiff indicating that the dispute in fact continues. *See* Docket No. 73 at 2 ("Defendants still have not provided the discovery, that is the problem"). The Court hereby **SETS** a discovery status conference in this case for 1:00 p.m. on February 11, 2015, in Courtroom 3A. In light of Plaintiff being in prison, Defendants' counsel is further **INSTRUCTED** to arrange for Plaintiff's telephonic appearance at that hearing. Defendants' counsel shall attend the hearing in person.

IT IS SO ORDERED.

DATED: January 29, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge