# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TARZ MITCHELL,

         Plaintiff(s),

vs.

GREG COX, et al.,

         Defendant(s).

Case No. 2:12-cv-00499-RFB-NJK

ORDER

    Due to conflicting duties of the Court, the discovery status conference currently set for February 11, 2015 is hereby **CONTINUED** to February 25, 2015, at 3:00 p.m. in Courtroom 3D. In light of Plaintiff being in prison, Defendants' counsel is further **INSTRUCTED** to arrange for Plaintiff's telephonic appearance at that hearing. Defendants' counsel shall attend the hearing in person.

    IT IS SO ORDERED.

    DATED: February 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge