# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TARZ MITCHELL, | ) |
| Plaintiff(s), | ) Case No. 2:12-cv-00499-RFB-NJK |
| vs. | ) ORDER |
| GREG COX, et al., | ) |
| Defendant(s). | ) |

Due to conflicting duties of the Court, the discovery status conference currently set for February 25, 2015 is hereby **CONTINUED** to March 5, 2015, at 3:00 p.m. in Courtroom 3B. In light of Plaintiff being in prison, Defendants' counsel is further **INSTRUCTED** to arrange for Plaintiff's telephonic appearance at that hearing. Defendants' counsel shall attend the hearing in person.

IT IS SO ORDERED.

DATED: February 20, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge