1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8                                        * * *

Case No. 2:12-cv-00499-RFB-NJK

9    TARZ MITCHELL,

ORDER TO PRODUCE
10                    Plaintiff,                        TARZ MITCHELL, #63139

11           v.

12   GREG COX, BRIAN WILLIAMS,
     CHERYL BURSON, FRANK DREESEN,
13   BRIAN SANDOVAL, CATHERINE
     CORTEZ MASTO, ROSS MILLER, and
14   TANYA HILL,
15                    Defendants.

16

17      TO:      DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
        TO:      DWIGHT NEVEN, HIGH DESERT STATE PRISON
18               INDIAN SPRINGS, NV
19               UNITED STATES MARSHAL FOR THE DISTRICT OF
                 NEVADA AND ANY OTHER UNITED STATES MARSHAL
20

21

22         **THE COURT HEREBY FINDS** that **TARZ MITCHELL, #63139,** is presently in

custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian
23

Springs, Nevada.
24

25         **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his

26   designee, shall transport and produce **TARZ MITCHELL, #63139,** to the Lloyd D. George

27   United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about

28

1
2
3   Wednesday, January 13, 2016, at the hour of 10:00 a.m., in  LV Courtroom 7C to attend a hearing

in the instant matter, and arrange for his appearance on said date as may be ordered and directed

4   by the Court entitled above, until the said **TARZ MITCHELL, #63139**, is released and discharged

5   by the said Court; and that the said **TARZ MITCHELL, #63139,** shall thereafter be returned to

6   the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure

7
    conduct.
8

9          **DATED** this 30th day of December, 2015.

10

11          _____

           **RICHARD F. BOULWARE, II**
12          **UNITED STATES DISTRICT JUDGE**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28