UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TARZ MITCHELL,<br><br>             Plaintiff,<br><br>vs.<br><br>GREG COX, et al.,<br><br>             Defendants. | Case No. 2:12-cv-00499-RFB-NJK<br><br>ORDER GRANTING MOTION<br><br>(Docket No. 99) |

Pending before the Court is Defendants' motion to stay proceedings and vacate settlement conference. Docket No. 99. Defendants represent that the parties have reached a settlement in the instant matter. *Id*. at 2. Defendants further represent that the have prepared a settlement agreement and stipulation to dismiss for Plaintiff's review. *Id*. They therefore ask the Court to vacate the settlement conference scheduled for August 25, 2016, and stay proceedings. *Id*.

For good cause shown, Defendants' motion, Docket No. 99, is **GRANTED**. The settlement conference currently set for August 25, 2016, is hereby **VACATED**. Proceedings in the instant case are **STAYED** pending the submission of a stipulation to dismiss the matter. The parties are **ORDERED** to file their stipulation to dismiss this matter no later than July 29, 2016.

IT IS SO ORDERED.

DATED: July 1, 2016.

                                                   _____
                                                   NANCY J. KOPPE
                                                   United States Magistrate Judge