1  ADAM PAUL LAXALT
   Nevada Attorney General
2  FRANK A. TODDRE II
   Deputy Attorney General
3  Nevada Bar No. 11474
   Bureau of Litigation
4  Public Safety Division
   555 East Washington Ave., #3900
5  Las Vegas, Nevada  89101
   Phone: (702) 486-3149
6  E-mail:  ftoddre@ag.nv.gov
   *Attorneys for Defendants*
7  *James G. Cox, Francis Dreesen,*
   *Tanya Hill, Francisco Sanchez,*
8  *and Brian Williams*

9

10            UNITED STATES DISTRICT COURT

11                 DISTRICT OF NEVADA

12  TARZ MITCHELL,

13                    Plaintiff,            Case No. 2:12-cv-00499-RFB-NJK

14  v.

15  GREG COX, et al.,                       **STIPULATION AND ORDER FOR
                                            DISMISSAL WITH PREJUDICE**
16                    Defendants.

17

18      Plaintiff Tarz Mitchell, appearing in Proper Person, and Defendants, JAMES G. COX,

19  FRANCIS DREESEN, TANYA HILL, FRANCISCO SANCHEZ, and BRIAN WILLIAMS, by and

20  through counsel, ADAM PAUL LAXALT, Attorney General of the State of Nevada, and FRANK

21  A. TODDRE II, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R.

22  CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order

23  of this Court.

24  ///

25  ///

26  ///

27  ///

28  ///

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068

1        This Stipulation for Dismissal with Prejudice is executed as part of a settlement

2   between the parties.  Pursuant to the terms of the Settlement Agreement and Full and Final

3   Release, each party will bear its own attorneys' fees and costs.

5        DATED this _26_ day of July, 2016      DATED this _29_ day of July, 2016

7                                  ADAM PAUL LAXALT

                                   Nevada Attorney General

10  By: _____      By: _____

    TARZ MITCHELL                     FRANK A. TODDRE II

11  Plaintiff                              Deputy Attorney General

12                                     Attorneys for Defendant

### ORDER

14       This matter comes before the Court on the parties' Stipulation for Dismissal with

15  Prejudice.  The Court has examined the Stipulation for Dismissal with Prejudice as agreed by

16  the parties hereinabove, good cause having been shown.

17       IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice

18  with each party bearing its own attorneys' fees and costs.

19       DATED this _23rd_ day of __August__, 2016.

21      _____

22      RICHARD F. BOULWARE, II

    UNITED STATES DISTRICT JUDGE

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068